SO ORDERED: March 29, 2013.



_____
James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL JAY FRISBY ) | |
| and ) | |
| GRACELYN INEZ FRISBY, ) | Case No. 12-01989-JMC-7 |
| ) | |
| Debtors ) | |
| ) | |
| _____ ) | |
| ) | |
| EASY GUY AUTO SALES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Adv. Proc. No. 12-50173 |
| ) | |
| MICHAEL JAY FRISBY ) | |
| and ) | |
| GRACELYN INEZ FRISBY ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Trial on this matter was held on February 13, 2013, wherein the Plaintiff appeared by

counsel, Mark A. Miller; the Defendants appeared in person and by counsel, Scott A. Kainrath. At the conclusion of the trial, the Court took ruling on the matter under advisement.

In accordance with the written Findings of Fact and Conclusions of Law entered contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered in favor of the Defendants and that the debt owed to the Plaintiff, Easy Guy Auto Sales, Inc., is DISCHARGEABLE.

# # #